█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE JONES, Appellant. [767 NYS2d 625]—

Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered October 3, 2002, convicting defendant, after a nonjury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court's verdict, which rejected defendant's agency defense, was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis upon which to disturb the court's determinations concerning credibility. The credible evi-

dence established that defendant acted for his own benefit in promoting and negotiating the sale (*see People v Lam Lek Chong*, 45 NY2d 64, 74-75 [1978], *cert denied* 439 US 935 [1978]). Concur—Nardelli, J.P., Mazzarelli, Andrias and Williams, JJ.